**326**

Jack RICE, Appellant,

v.

STATE of Texas, Appellee.

No. 31425.

Court of Criminal Appeals of Texas.

Jan. 27, 1960.

No attorney for appellant of record on appeal.

Dan Walton, Dist. Atty., Samuel H. Robertson, Jr., Asst. Dist. Atty., Houston, and Leon Douglas, State's Atty., Austin, for the State.

v.

STATE of Texas, Appellee.

No. 31424.

Court of Criminal Appeals of Texas.

Jan. 27, 1960.

No attorney for appellant of record on appeal.

Dan Walton, Dist. Atty., Samuel H. Robertson, Jr. Asst. Dist. Atty., Houston, and Leon Douglas, State's Atty., Austin, for the State.

DAVIDSON, Judge.

This is an appeal from a conviction for robbery, with punishment assessed at eighteen years in the penitentiary.

This case involved the same question of resentencing as presented in the case of Rice v. State, Tex.Crim., 331 S.W.2d 326, against the same appellant, this day decided.

The judgment is affirmed.